RECEIVED

DEC 1 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 08-0142 |
| VERSUS | * | JUDGE DOHERTY |
| BILLY RAY MORRIS | * | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss filed by the defendant, Billy Ray Morris, [rec. doc. 27] is **DENIED**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE